IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL HAROLD and SEAN WILLIAMS, on behalf of themselves and others similarly situated<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LESLIE RICHARDS, in her official capacity as Secretary of Transportation of the Pennsylvania Department of Transportation; LEO BAGLEY, in his official capacity as Executive Deputy Secretary of the Pennsylvania Department of Transportation; KURT MYERS, in his official Capacity as Deputy Secretary for Driver and Vehicle Services of the Pennsylvania Department of Transportation; and TOM WOLF, in his official capacity as Governor of Pennsylvania<br>　　　　　　Defendants. | CIVIL ACTION NO. 18-115 |

## ORDER

**AND NOW,** this 25th day of September 2018, upon consideration of the pending motions and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss [Doc. No. 29] is **GRANTED**. The Complaint is **DISMISSED with prejudice**, as it appears that amendment would be futile.

2. Plaintiffs' Motion for Preliminary Injunction [Doc. No. 2] and Motion for Class Certification [Doc. No. 3] are **DISMISSED AS MOOT**.

3. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**